United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 07, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| In re: | : | |
| Pine Gate Renewables, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90669 (CML) |
| Tax I.D. No. (35-2564063) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| Rio Lago Solar, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90668 (CML) |
| Tax I.D. No. (85-4357058) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| BF Dev Holdco Pledgor, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90691 (CML) |
| Tax I.D. No. (33-2275668) | : | |
| -------------------------------------------------------- | x | |
| In re: | : | |
| BF Dev Holdco, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90694 (CML) |
| Tax I.D. No. (33-2275550) | : | |

------------------------------------------------------- x

In re:                                                 :

Blue Northern Power, LLC.,                             :     Chapter 11
                                                       :
              Debtor.                                  :     Case No. 25-90697 (CML)

Tax I.D. No. (N/A)                                     :

------------------------------------------------------- x

In re:                                                 :

Blue Ridge Power Holding Company, LLC.,                :     Chapter 11
                                                       :
              Debtor.                                  :     Case No. 25-90703 (CML)

Tax I.D. No. (87-1186418)                              :

------------------------------------------------------- x

In re:                                                 :

Blue Ridge Power, LLC.,                                :     Chapter 11
                                                       :
              Debtor.                                  :     Case No. 25-90707 (CML)

Tax I.D. No. (86-1678572)                              :

------------------------------------------------------- x

In re:                                                 :

Blue Ridge Solar, LLC.,                                :     Chapter 11
                                                       :
              Debtor.                                  :     Case No. 25-90713 (CML)

Tax I.D. No. (N/A)                                     :

------------------------------------------------------- x

In re:                                                 :

BRP Construction, Inc.,                                :     Chapter 11
                                                       :
              Debtor.                                  :     Case No. 25-90718 (CML)

Tax I.D. No. (86-3933004)                              :

2

```
-------------------------------------------------  x
In re:                                             :
                                                   :     Chapter 11
BRP HBC Guarantor, LLC.,                            :
                                                   :
            Debtor.                                :     Case No. 25-90724 (CML)
Tax I.D. No. (86-3294094)                          :
-------------------------------------------------  x
In re:                                             :
                                                   :     Chapter 11
BRP HBC Holdco, LLC.,                              :
                                                   :
            Debtor.                                :     Case No. 25-90729 (CML)
Tax I.D. No. (86-2696364)                          :
-------------------------------------------------  x
In re:                                             :
                                                   :     Chapter 11
Cascade Dev Holdco, LLC.,                          :
                                                   :
            Debtor.                                :     Case No. 25-90733 (CML)
Tax I.D. No. (99-4912353)                          :
-------------------------------------------------  x
In re:                                             :
                                                   :     Chapter 11
Cascade NTP Holdco, LLC.,                          :
                                                   :
            Debtor.                                :     Case No. 25-90739 (CML)
Tax I.D. No. (99-3995405)                          :
-------------------------------------------------  x
In re:                                             :
                                                   :     Chapter 11
Cascade Pledgor, LLC.,                             :
                                                   :
            Debtor.                                :     Case No. 25-90745 (CML)
Tax I.D. No. (99-4023773)                          :
```

3

```
-------------------------------------------------   x
In re:                                              :
Catalina Solar Borrower, LLC.,                      :   Chapter 11
                                                    :
                Debtor.                             :   Case No. 25-90749 (CML)
Tax I.D. No. (99-1670433)                           :
-------------------------------------------------   x
In re:                                              :
Catalina Solar Holdings, LLC.,                      :   Chapter 11
                                                    :
                Debtor.                             :   Case No. 25-90754 (CML)
Tax I.D. No. (99-3261480)                           :
-------------------------------------------------   x
In re:                                              :
FP 2021 Dev Holdco, LLC.,                           :   Chapter 11
                                                    :
                Debtor.                             :   Case No. 25-90758 (CML)
Tax I.D. No. (87-3439283)                           :
-------------------------------------------------   x
In re:                                              :
GA Solar 5, LLC.,                                   :   Chapter 11
                                                    :
                Debtor.                             :   Case No. 25-90763 (CML)
Tax I.D. No. (83-3125519)                           :
-------------------------------------------------   x
In re:                                              :
GH Pledge Borrower, LLC.,                           :   Chapter 11
                                                    :
                Debtor.                             :   Case No. 25-90766 (CML)
Tax I.D. No. (92-3529815)                           :
```

```
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Grande Holdco Borrower II, LLC.,                   :
                                                   :
          Debtor.                                  :   Case No. 25-90768 (CML)
Tax I.D. No. (92-3460613)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Grande Holdco Borrower, LLC.,                      :
                                                   :
          Debtor.                                  :   Case No. 25-90771 (CML)
Tax I.D. No. (92-1807079)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Grande Holdco, LLC.,                               :
                                                   :
          Debtor.                                  :   Case No. 25-90774 (CML)
Tax I.D. No. (92-1781545)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Limewood Bell Renewables LLC.,                     :
                                                   :
          Debtor.                                  :   Case No. 25-90776 (CML)
Tax I.D. No. (87-3308927)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Lotus Solar, LLC.,                                 :
                                                   :
          Debtor.                                  :   Case No. 25-90778 (CML)
Tax I.D. No. (87-2102980)                          :
```

5

-------------------------------------------------------   x

In re:                                    :

Magnolia Solar Development LLC.,          :        Chapter 11
                                          :
         Debtor.                          :        Case No. 25-90780 (CML)
                                          :
Tax I.D. No. (88-1934932)                 :

-------------------------------------------------------   x

In re:                                    :

NPA 2023 Holdco, LLC.,                    :        Chapter 11
                                          :
         Debtor.                          :        Case No. 25-90671 (CML)
                                          :
Tax I.D. No. (93-3181192)                 :

-------------------------------------------------------   x

In re:                                    :

NPA PGR Blocker Holdco, LLC.,             :        Chapter 11
                                          :
         Debtor.                          :        Case No. 25-90673 (CML)
                                          :
Tax I.D. No. (93-3195013)                 :

-------------------------------------------------------   x

In re:                                    :

NPA Polaris DevCo Holdco, LLC.,           :        Chapter 11
                                          :
         Debtor.                          :        Case No. 25-90675 (CML)
                                          :
Tax I.D. No. (93-4306940)                 :

-------------------------------------------------------   x

In re:                                    :

NPA Polaris DevCo Pledgor, LLC.,          :        Chapter 11
                                          :
         Debtor.                          :        Case No. 25-90678 (CML)
                                          :
Tax I.D. No. (87-4665066)                 :

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | |
| NPA Polaris OpCo Holdco, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90682 (CML) |
| Tax I.D. No. (93-4324793) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Old Hayneville Solar, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90684 (CML) |
| Tax I.D. No. (82-3273475) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| PG Dev Carver Holdco, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90686 (CML) |
| Tax I.D. No. (33-1241479) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| PGC Solar Holdings Holdco I, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90698 (CML) |
| Tax I.D. No. (92-2205032) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| PGC Solar Holdings Holdco II, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90702 (CML) |
| Tax I.D. No. (92-2224365) | : | |

```
------------------------------------------------------   x
In re:                                                   :
PGC Solar Holdings I Managing Member, LLC.,              :    Chapter 11
                                                         :
                         Debtor.                         :    Case No. 25-90705 (CML)
Tax I.D. No. (88-1574658)                                :
------------------------------------------------------   x
In re:                                                   :
PGC Solar Holdings I, LLC.,                              :    Chapter 11
                                                         :
                         Debtor.                         :    Case No. 25-90708 (CML)
Tax I.D. No. (88-1578369)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2020 Lessor 7, LLC.,                                 :    Chapter 11
                                                         :
                         Debtor.                         :    Case No. 25-90711 (CML)
Tax I.D. No. (85-3489484)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Fund 13, LLC.,                                  :    Chapter 11
                                                         :
                         Debtor.                         :    Case No. 25-90722 (CML)
Tax I.D. No. (87-1251045)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Fund 17, LLC.,                                  :    Chapter 11
                                                         :
                         Debtor.                         :    Case No. 25-90726 (CML)
Tax I.D. No. (87-1486532)                                :
```

```
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Fund 18, LLC.,                                  :    Chapter 11
                                                         :
         Debtor.                                         :    Case No. 25-90728 (CML)
Tax I.D. No. (87-1532154)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Fund 4, LLC.,                                   :    Chapter 11
                                                         :
         Debtor.                                         :    Case No. 25-90715 (CML)
Tax I.D. No. (86-2265171)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Fund 9, LLC.,                                   :    Chapter 11
                                                         :
         Debtor.                                         :    Case No. 25-90719 (CML)
Tax I.D. No. (86-3726274)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Holdco 11, LLC.,                                :    Chapter 11
                                                         :
         Debtor.                                         :    Case No. 25-90738 (CML)
Tax I.D. No. (88-0752211)                                :
------------------------------------------------------   x
In re:                                                   :
PGR 2021 Holdco 12, LLC.,                                :    Chapter 11
                                                         :
         Debtor.                                         :    Case No. 25-90743 (CML)
Tax I.D. No. (88-0763072)                                :
```

```
------------------------------------------------    x
In re:                                              :
PGR 2021 Holdco 13, LLC.,                           :    Chapter 11
                                                    :
              Debtor.                               :    Case No. 25-90746 (CML)
Tax I.D. No. (88-0763150)                           :
------------------------------------------------    x
In re:                                              :
PGR 2021 Holdco 15, LLC.,                           :    Chapter 11
                                                    :
              Debtor.                               :    Case No. 25-90751 (CML)
Tax I.D. No. (88-0814035)                           :
------------------------------------------------    x
In re:                                              :
PGR 2021 Holdco 17, LLC.,                           :    Chapter 11
                                                    :
              Debtor.                               :    Case No. 25-90670 (CML)
Tax I.D. No. (88-2039180)                           :
------------------------------------------------    x
In re:                                              :
PGR 2021 Holdco 18, LLC.,                           :    Chapter 11
                                                    :
              Debtor.                               :    Case No. 25-90674 (CML)
Tax I.D. No. (88-2039521)                           :
------------------------------------------------    x
In re:                                              :
PGR 2021 Holdco 19, LLC.,                           :    Chapter 11
                                                    :
              Debtor.                               :    Case No. 25-90676 (CML)
Tax I.D. No. (88-0814167)                           :
```

```
------------------------------------------------------    x
In re:                                                    :
PGR 2021 Holdco 4, LLC.,                                  :    Chapter 11
                                                          :
        Debtor.                                           :    Case No. 25-90731 (CML)
Tax I.D. No. (87-1622457)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2021 Holdco 9, LLC.,                                  :    Chapter 11
                                                          :
        Debtor.                                           :    Case No. 25-90735 (CML)
Tax I.D. No. (88-0751962)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2021 Manager 13, LLC.,                                :    Chapter 11
                                                          :
        Debtor.                                           :    Case No. 25-90683 (CML)
Tax I.D. No. (87-1229679)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2021 Manager 17, LLC.,                                :    Chapter 11
                                                          :
        Debtor.                                           :    Case No. 25-90685 (CML)
Tax I.D. No. (87-1440434)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2021 Manager 18, LLC.,                                :    Chapter 11
                                                          :
        Debtor.                                           :    Case No. 25-90687 (CML)
Tax I.D. No. (87-1506225)                                 :
```

11

```
----------------------------------------------------  x
In re:                                                :
PGR 2021 Manager 4, LLC.,                             :    Chapter 11
                                                      :
            Debtor.                                   :    Case No. 25-90679 (CML)
Tax I.D. No. (86-2291539)                             :
----------------------------------------------------  x
In re:                                                :
PGR 2021 Manager 9, LLC.,                             :    Chapter 11
                                                      :
            Debtor.                                   :    Case No. 25-90680 (CML)
Tax I.D. No. (86-3760375)                             :
----------------------------------------------------  x
In re:                                                :
PGR 2022 Fund 1, LLC.,                                :    Chapter 11
                                                      :
            Debtor.                                   :    Case No. 25-90689 (CML)
Tax I.D. No. (87-4275483)                             :
----------------------------------------------------  x
In re:                                                :
PGR 2022 Fund 2, LLC.,                                :    Chapter 11
                                                      :
            Debtor.                                   :    Case No. 25-90690 (CML)
Tax I.D. No. (87-4356580)                             :
----------------------------------------------------  x
In re:                                                :
PGR 2022 Fund 4, LLC.,                                :    Chapter 11
                                                      :
            Debtor.                                   :    Case No. 25-90693 (CML)
Tax I.D. No. (87-4527516)                             :
```

12

```
-------------------------------------------------   x
In re:                                              :
PGR 2022 Fund 5, LLC.,                              :    Chapter 11
                                                    :
                    Debtor.                         :    Case No. 25-90695 (CML)
Tax I.D. No. (87-4591151)                           :
-------------------------------------------------   x
In re:                                              :
PGR 2022 Fund 8, LLC.,                              :    Chapter 11
                                                    :
                    Debtor.                         :    Case No. 25-90696 (CML)
Tax I.D. No. (88-2945892)                           :
-------------------------------------------------   x
In re:                                              :
PGR 2022 Fund 9, LLC.,                              :    Chapter 11
                                                    :
                    Debtor.                         :    Case No. 25-90699 (CML)
Tax I.D. No. (88-3248263)                           :
-------------------------------------------------   x
In re:                                              :
PGR 2022 Holdco 1, LLC.,                            :    Chapter 11
                                                    :
                    Debtor.                         :    Case No. 25-90700 (CML)
Tax I.D. No. (88-2039337)                           :
-------------------------------------------------   x
In re:                                              :
PGR 2022 Holdco 2, LLC.,                            :    Chapter 11
                                                    :
                    Debtor.                         :    Case No. 25-90704 (CML)
Tax I.D. No. (92-0456940)                           :
```

13

```
-------------------------------------------------    x
```
In re:                                               :

PGR 2022 Holdco 8, LLC.,                             :        Chapter 11
                                                     :
       Debtor.                                       :        Case No. 25-90706 (CML)
                                                     :
Tax I.D. No. (88-2945678)                            :

```
-------------------------------------------------    x
```
In re:                                               :

PGR 2022 Holdco 9, LLC.,                             :        Chapter 11
                                                     :
       Debtor.                                       :        Case No. 25-90709 (CML)
                                                     :
Tax I.D. No. (88-3260937)                            :

```
-------------------------------------------------    x
```
In re:                                               :

PGR 2022 Manager 1, LLC.,                            :        Chapter 11
                                                     :
       Debtor.                                       :        Case No. 25-90712 (CML)
                                                     :
Tax I.D. No. (87-4277262)                            :

```
-------------------------------------------------    x
```
In re:                                               :

PGR 2022 Manager 2, LLC.,                            :        Chapter 11
                                                     :
       Debtor.                                       :        Case No. 25-90714 (CML)
                                                     :
Tax I.D. No. (87-4325861)                            :

```
-------------------------------------------------    x
```
In re:                                               :

PGR 2022 Manager 4, LLC.,                            :        Chapter 11
                                                     :
       Debtor.                                       :        Case No. 25-90717 (CML)
                                                     :
Tax I.D. No. (87-4513493)                            :

14

```
------------------------------------------------------    x
In re:                                                    :
PGR 2022 Manager 5, LLC.,                                 :    Chapter 11
                                                          :
                Debtor.                                   :    Case No. 25-90720 (CML)
Tax I.D. No. (87-4557022)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2022 Manager 8, LLC.,                                 :    Chapter 11
                                                          :
                Debtor.                                   :    Case No. 25-90723 (CML)
Tax I.D. No. (88-2898212)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2022 Manager 9, LLC.,                                 :    Chapter 11
                                                          :
                Debtor.                                   :    Case No. 25-90672 (CML)
Tax I.D. No. (88-3261196)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2022 Sponsor Holdco, LLC.,                            :    Chapter 11
                                                          :
                Debtor.                                   :    Case No. 25-90677 (CML)
Tax I.D. No. (87-4513348)                                 :
------------------------------------------------------    x
In re:                                                    :
PGR 2023 Fund 1, LLC.,                                    :    Chapter 11
                                                          :
                Debtor.                                   :    Case No. 25-90681 (CML)
Tax I.D. No. (92-3257193)                                 :
```

15

```
------------------------------------------------   x
```
In re:                                             :

PGR 2023 Fund 6, LLC.,                             :      Chapter 11
                                                   :
            Debtor.                                :      Case No. 25-90688 (CML)

Tax I.D. No. (93-4306095)                          :

```
------------------------------------------------   x
```
In re:                                             :

PGR 2023 Holdco 1, LLC.,                           :      Chapter 11
                                                   :
            Debtor.                                :      Case No. 25-90692 (CML)

Tax I.D. No. (92-3256875)                          :

```
------------------------------------------------   x
```
In re:                                             :

PGR 2023 Lessee 6, LLC.,                           :      Chapter 11
                                                   :
            Debtor.                                :      Case No. 25-90701 (CML)

Tax I.D. No. (93-4324734)                          :

```
------------------------------------------------   x
```
In re:                                             :

PGR 2023 Manager 1, LLC.,                          :      Chapter 11
                                                   :
            Debtor.                                :      Case No. 25-90710 (CML)

Tax I.D. No. (92-3257071)                          :

```
------------------------------------------------   x
```
In re:                                             :

PGR 2023 Manager 6, LLC.,                          :      Chapter 11
                                                   :
            Debtor.                                :      Case No. 25-90716 (CML)

Tax I.D. No. (93-4319408)                          :

-------------------------------------------------------     x

In re:                                                      :

PGR 2024 Sponsor Holdco, LLC,                               :        Chapter 11
                                                            :
            Debtor.                                         :        Case No. 25-90727 (CML)

Tax I.D. No. (92-1197173)                                   :

-------------------------------------------------------     x

In re:                                                      :

PGR Blocker Holdco, LLC,                                    :        Chapter 11
                                                            :
            Debtor.                                         :        Case No. 25-90732 (CML)

Tax I.D. No. (92-3829929)                                   :

-------------------------------------------------------     x

In re:                                                      :

PGR Blue Ridge Power Holdings, LLC,                         :        Chapter 11
                                                            :
            Debtor.                                         :        Case No. 25-90737 (CML)

Tax I.D. No. (86-2548454)                                   :

-------------------------------------------------------     x

In re:                                                      :

PGR Carver Holdco, LLC,                                     :        Chapter 11
                                                            :
            Debtor.                                         :        Case No. 25-90742 (CML)

Tax I.D. No. (33-1241626)                                   :

-------------------------------------------------------     x

In re:                                                      :

PGR CC Affiliate Purchaser LLC,                             :        Chapter 11
                                                            :
            Debtor.                                         :        Case No. 25-90748 (CML)

Tax I.D. No. (88-4345732)                                   :

17

-------------------------------------------------------   x

In re:                                                    :

PGR Guarantor, LLC.,                                      :        Chapter 11
                                                          :
        Debtor.    :        Case No. 25-90756 (CML)

Tax I.D. No. (39-4365268)                                 :

-------------------------------------------------------   x

In re:                                                    :

PGR Holdco GP, LLC.,                                      :        Chapter 11
                                                          :
        Debtor.    :        Case No. 25-90760 (CML)

Tax I.D. No. (99-2474995)                                 :

-------------------------------------------------------   x

In re:                                                    :

PGR Holdco, LP.,                                          :        Chapter 11
                                                          :
        Debtor.    :        Case No. 25-90786 (CML)

Tax I.D. No. (88-2629227)                                 :

-------------------------------------------------------   x

In re:                                                    :

PGR MS Affiliate Purchaser LLC.,                          :        Chapter 11
                                                          :
        Debtor.    :        Case No. 25-90769 (CML)

Tax I.D. No. (92-1778294)                                 :

-------------------------------------------------------   x

In re:                                                    :

PGR Procurement, LLC.,                                    :        Chapter 11
                                                          :
        Debtor.    :        Case No. 25-90773 (CML)

Tax I.D. No. (93-3323687)                                 :

18

```
------------------------------------------------------   x
In re:                                                    :
                                                          :    Chapter 11
PGR Signature Fund 1 Manager, LLC.,                       :
                                                          :
            Debtor.                                       :    Case No. 25-90777 (CML)
                                                          :
Tax I.D. No. (83-2220930)                                 :
------------------------------------------------------   x
In re:                                                    :
                                                          :    Chapter 11
Pine Gate Asset Management, LLC.,                         :
                                                          :
            Debtor.                                       :    Case No. 25-90779 (CML)
                                                          :
Tax I.D. No. (85-1821450)                                 :
------------------------------------------------------   x
In re:                                                    :
                                                          :    Chapter 11
Pine Gate Assets, LLC.,                                   :
                                                          :
            Debtor.                                       :    Case No. 25-90782 (CML)
                                                          :
Tax I.D. No. (81-3058757)                                 :
------------------------------------------------------   x
In re:                                                    :
                                                          :    Chapter 11
Pine Gate Carver Holdings, LLC.,                          :
                                                          :
            Debtor.                                       :    Case No. 25-90783 (CML)
                                                          :
Tax I.D. No. (33-1295577)                                 :
------------------------------------------------------   x
In re:                                                    :
                                                          :    Chapter 11
Pine Gate Dev Holdco, LLC.,                               :
                                                          :
            Debtor.                                       :    Case No. 25-90784 (CML)
                                                          :
Tax I.D. No. (86-2577062)                                 :
```

19

```
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Pine Gate Development, LLC.,                        :
                                                   :
              Debtor.                              :   Case No. 25-90721 (CML)
Tax I.D. No. (86-2406928)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Pine Gate Energy Capital, LLC.,                    :
                                                   :
              Debtor.                              :   Case No. 25-90725 (CML)
Tax I.D. No. (81-3049567)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Pine Gate EPC, LLC.,                               :
                                                   :
              Debtor.                              :   Case No. 25-90736 (CML)
Tax I.D. No. (82-3749986)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Pine Gate Fund Management, LLC.,                   :
                                                   :
              Debtor.                              :   Case No. 25-90741 (CML)
Tax I.D. No. (86-2604516)                          :
------------------------------------------------   x
In re:                                             :
                                                   :   Chapter 11
Pine Gate O&M, LLC.,                               :
                                                   :
              Debtor.                              :   Case No. 25-90744 (CML)
Tax I.D. No. (82-5404690)                          :
```

20

-------------------------------------------------------   x

In re:                                                    :

Polaris DevCo Borrower A, LLC,                            :       Chapter 11
                                                          :
            Debtor.                                       :
                                                          :       Case No. 25-90747 (CML)
Tax I.D. No. (99-3955747)                                 :

-------------------------------------------------------   x

In re:                                                    :

Polaris DevCo Borrower B, LLC,                            :       Chapter 11
                                                          :
            Debtor.                                       :
                                                          :       Case No. 25-90750 (CML)
Tax I.D. No. (99-3955889)                                 :

-------------------------------------------------------   x

In re:                                                    :

Polaris DevCo Pledgor A, LLC,                             :       Chapter 11
                                                          :
            Debtor.                                       :
                                                          :       Case No. 25-90752 (CML)
Tax I.D. No. (99-4104077)                                 :

-------------------------------------------------------   x

In re:                                                    :

Polaris DevCo Pledgor B, LLC,                             :       Chapter 11
                                                          :
            Debtor.                                       :
                                                          :       Case No. 25-90755 (CML)
Tax I.D. No. (99-4104195)                                 :

-------------------------------------------------------   x

In re:                                                    :

Polaris OpCo Borrower B, LLC,                             :       Chapter 11
                                                          :
            Debtor.                                       :
                                                          :       Case No. 25-90757 (CML)
Tax I.D. No. (99-4049823)                                 :

21

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | |
| Polaris OpCo Pledgor A, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90759 (CML) |
| Tax I.D. No. (99-4123499) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Polaris OpCo Pledgor B, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90762 (CML) |
| Tax I.D. No. (99-4123657) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| PW Blocker Holdco, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90734 (CML) |
| Tax I.D. No. (93-3516671) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| PW Revolver Borrower, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90740 (CML) |
| Tax I.D. No. (92-1813121) | : | |
| ------------------------------------------------------- | x | |
| In re: | : | |
| Solar Carver 1, LLC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 25-90770 (CML) |
| Tax I.D. No. (85-4188589) | : | |

```
-------------------------------------------------    x
In re:                                               :
Solar Carver 3, LLC.,                                :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 25-90772 (CML)
Tax I.D. No. (85-4218393)                            :
-------------------------------------------------    x
In re:                                               :
Stowe Solar, LLC.,                                   :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 25-90775 (CML)
Tax I.D. No. (93-3874614)                            :
-------------------------------------------------    x
In re:                                               :
Sunstone Solar 1, LLC.,                              :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 25-90761 (CML)
Tax I.D. No. (33-3538227)                            :
-------------------------------------------------    x
In re:                                               :
Sunstone Solar 2, LLC.,                              :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 25-90764 (CML)
Tax I.D. No. (33-3538451)                            :
-------------------------------------------------    x
In re:                                               :
Sunstone Solar 3, LLC.,                              :    Chapter 11
                                                     :
          Debtor.                                    :    Case No. 25-90765 (CML)
Tax I.D. No. (33-3564133)                            :
```

```
--------------------------------------------------   x
```
In re:                                               :

Sunstone Solar 4, LLC.,                              :       Chapter 11
                                                     :
                    Debtor.                          :       Case No. 25-90767 (CML)

Tax I.D. No. (33-3564246)                            :

```
--------------------------------------------------   x
```
In re:                                               :

Sunstone Solar 5, LLC.,                              :       Chapter 11
                                                     :
                    Debtor.                          :       Case No. 25-90781 (CML)

Tax I.D. No. (33-3591980)                            :

```
--------------------------------------------------   x
```
In re:                                               :

Sunstone Solar 6, LLC.,                              :       Chapter 11
                                                     :
                    Debtor.                          :       Case No. 25-90753 (CML)

Tax I.D. No. (33-3592089)                            :

```
--------------------------------------------------   x
```
In re:                                               :

Sunstone Solar, LLC.,                                :       Chapter 11
                                                     :
                    Debtor.                          :       Case No. 25-90730 (CML)

Tax I.D. No. (92-3874006)                            :

```
--------------------------------------------------   x
```
In re:                                               :

West River Solar, LLC.,                              :       Chapter 11
                                                     :
                    Debtor.                          :       Case No. 25-90785 (CML)

Tax I.D. No. (32-0531602)                            :

```
--------------------------------------------------   x
```

24

**ORDER (I) AUTHORIZING JOINT ADMINISTRATION OF THE CHAPTER 11
CASES AND (II) GRANTING RELATED RELIEF**
**[Relates To Docket No.     ]**

Upon the emergency motion (the "***Motion***")[1] of the Debtors for entry of an order (this "***Order***") (i) directing the joint administration of the chapter 11 cases for procedural purposes only; and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-90669 (CML).  All of the jointly administered cases are assigned to Judge Lopez.

---

[1]    Capitalized terms used but not defined herein have the meanings given to them in the Motion.

2.      Additionally, the following checked items are ordered:

   a.      ☒      One disclosure statement and plan of reorganization may be filed for
                 all of the cases by any plan proponent.

   b.      ☒      Parties may request joint hearings on matters pending in any of the
                 jointly administered cases.

   c.      ☒      Other: See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------------- x
                                               :
In re:                                         :    Chapter 11
                                               :
PINE GATE RENEWABLES, LLC, et al.,             :    Case No. 25-90669 (CML)
                                               :
          Debtors[1]                           :    (Jointly Administered)
                                               :
------------------------------------------------------------- x
```

---

[1]   A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits
      of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors'
      claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes
      of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of

the Bankruptcy Code.

5.      All pleadings and other documents to be filed in the jointly administered cases shall

be filed and docketed in the case of Pine Gate Renewables, LLC, et al., Case No. 25-90669 (CML).

6.      The following docket entry shall be made in the Chapter 11 Cases of the Debtors,

other than Pine Gate Renewables, LLC:

An order has been entered in this case consolidating this case with the case of Pine
Gate Renewables, LLC, Case No. 25-90669 (CML) for procedural purposes only
and providing for its joint administration in accordance with the terms thereof.  The

docket in Case No. 25-90669 (CML) should be consulted for all matters affecting this case.

7.      The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for the chapter 11 cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9.      Notice of the Motion as provided therein shall be deemed good and sufficient notice thereof, and the requirements of the Bankruptcy Rules and Bankruptcy Local Rules are satisfied by such notice.

10.     Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

11.     The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

12.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  November 07, 2025

_____
Christopher Lopez
United States Bankruptcy Judge